RECEIVED
IN LAKE CHARLES, LA

DEC - 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMES BRUCE and MARY BRUCE<br>**Plaintiffs** | : | CIVIL ACTION NO. 06-CV-1889 |
| Versus | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY COMPANY<br>**Defendant** | : | MAGISTRATE JUDGE WILSON |

*************************************************************

## ORDER OF REMAND

Considering the above and foregoing motion, attached exhibit and lack of stated Opposition:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this matter be remanded to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED, this 6 day of DEC, 2006, at Lake Charles, Louisiana.

U.S. DISTRICT COURT JUDGE

3